# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOOR MOHAMED, a/k/a "Spider," a/k/a "Spyder" | No. 2:25-mj-00228-KFW |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jason Leadbetter, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been in this position since January 2024. I am also a Portland Police Detective and have been an officer since August 2010. As a detective, my duties include but are not limited to, answering criminal complaints, proactive policing tactics, criminal investigation, evidence collection and follow up investigation. I have conducted numerous investigations to include crimes of violence, digital cellular based investigations, drug offenses, crimes of domestic violence, sex crimes, and others.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested criminal complaint and arrest warrant.

### SHOWING OF PROBABLE CAUSE

1. I learned from my participation in this investigation that on about the morning of June 24, 2025, at 10:11 am, Portland Police were dispatched to the area of Rowe Avenue in Portland, Maine for reports of shots fired and a female running away

from the area. Portland Police Officer's arrived on scene to speak to witnesses that reported they heard 3 gunshots and saw a black SUV leaving the area shortly after hearing the gunshots.

2. After canvassing for video, officers identified footage taken by a near-by resident's security camera depicting a black SUV leaving the area (the "Target Vehicle"). A screenshot of the video was circulated to local law enforcement, after which a South Portland Police Sergeant contacted the Portland Regional Communication Center and informed them that he recognized the Target Vehicle.

3. I learned from the SPPD Sergeant stated that he believed the Target Vehicle to be a black Jeep Renegade bearing Maine registration ending in PJ and registered to an individual known to me ("Individual-1"). On June 17, 2025, South Portland Police Department had contact with the Target Vehicle. At that time, Individual-1 was driving, and her boyfriend, who was only identified as "Spider," was a passenger in the Target Vehicle. I know from involvement in past investigations that the street name of defendant NOOR MOHAMED is Spider.

4. Later, on about June 24, 2025, at approximately 12:33 p.m., Portland Police received a call from a Cumberland County Victim Advocate who was concerned about an individual ("Individual-2"), who had previously been the victim of domestic violence. According to the Advocate, Individual-2 reported to the Advocate that her cousin "Spider" and Individual-1 were on a nature walk with Individual-1's two-year old child, when Individual-1 pulled a gun out and started to shoot it. "Spider" then took the gun and gave it to the two-year-old child, who was running around waving it. Once Individaul-2 was home, she called the Advocate to report the incident. While on the phone with the Advocate, "Spider" was banging on Individual-2's apartment door.

5. Portland Police Officers responded to the area of Individual-2's residence on Congress Street. Officers observed the Target Vehicle parked in the parking lot and a male matching MOHAMED's physical description getting into the rear driver's side of the Target Vehicle. Portland Officers detained the individual, who was identified as MOHAMED and placed under arrest on an outstanding failure to appear arrest warrant. At that time of his arrest, at approximately 12:40 p.m., MOHAMED was wearing only white shorts.

6. Individual-2 provided police with a video shot on a cellular phone, which I have reviewed. The video depicts Individual-1's child in the park wearing only tan-colored shorts and a diaper and holding a black handgun. The video further shows an adult male with dark skin taking possession of the firearm from Individual-1's child, at which time the child begins to cry. Thereafter, the adult male returns the firearm to the child's possession. The adult male can be heard to state that the child's "got a FN" and "you like that huh, you know its real huh?" The video also briefly depicts the body of the adult male, showing that the male is wearing white shorts.

7. I have conferred with a Portland Police Detective who conducted a post-*Miranda* interview of Individual-1 following the events described above, from which I learned that Individual-1 admitted to being present on a Portland city trail in the company of MOHAMED and her child earlier that day. Once in the woods MOHAMED shot a handgun (the "Target Firearm") once to show Individual-1 how to use it, and then handed it to Individual-1. Individual-1 then shot the Target Firearm twice before a casing got stuck in the barrel. MOHAMED instructed Individual-1 how to clear it, which she did. MOHAMED then gave the handgun to the child. Individual-1 then took the gun away from the child, but the child started crying, so Individual-1 returned the Target

3

Firearm to her child. When they heard someone walking towards them, Individual-1 took back the Target Firearm and hid it on her person. She later placed the Target Firearm on the floor underneath the driver seat of the Target Vehicle.

8. I have examined the Target Firearm, and I have compared it to the firearm depicted in the video described above. Based on that comparison, I believe that the firearm depicted in the video is, in fact, the Target Firearm. Based on later interaction with MOHAMED, including an attempted interview (MOHAMED declined to speak to law enforcement), I recognize the voice of the male depicted in the video to be that of MOHAMED. I further believe that the male in the video was MOHAMED, in part because the video depicts the male wearing white shorts, which appear to be the same shorts MOHAMED was wearing when he was arrested later that day.

9. The Target Vehicle was later secured and transported to the Portland Police Department. A state search warrant was obtained, and the Target Vehicle was searched pursuant to that warrant. Officers located in the rear compartment area of the vehicle a clothing hamper. Laying under some clothes was a black FN 509 9mm handgun, serial number GKS0336846, which I believe to be the Target Firearm. I have conferred with an agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives who had an opportunity to examine the Target Firearm. He informed me that the Target Firearm was not manufactured in the State of Maine.

10. I have reviewed MOHAMED's criminal history, from which I learned that he has previously been convicted of multiple felonies. For example, on about April 27, 2018, MOHAMED was convicted of unlawful possession of a firearm by a felon in violation of 18 U.S.C. § 922(g)(1), a felony charge, in Federal District Court in Portland, case number 2:16-cr-00169-NT, and was sentenced to 37 months of incarceration.

## CONCLUSION

11. Based on the foregoing I respectfully submit, that probable cause exists to charge NOOR MOHAMED, the defendant, by Criminal Complaint with the offense of unlawful possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8), and I request that the accompanying Criminal Complaint be issued.

Jason Leadbetter
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jul 03 2025

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*

5